**Order entered February 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00752-CR
No. 05-13-00753-CR

**GEORGE CONTRERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-31118-S, F12-31119-S**

## ORDER

The Court **REINSTATES** these appeals.

On October 31, 2013, the Court ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. To date, we have not received the findings or the clerk's records. We have received the reporter's record. Accordingly, in the interest of expediting the appeals, this is now the order of the Court.

We **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/  LANA MYERS
    JUSTICE